**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ROBBI HUFF,

          *Plaintiff*,

     v.

CHELTENHAM TOWNSHIP, *et al*.,

          *Defendants*.

CIVIL ACTION
NO. 14-05555

## ORDER

**AND NOW**, this 1st day of July, 2015, upon consideration of Defendants' Motion for Summary Judgment (ECF Nos. 17-18), Plaintiff's opposition (ECF Nos. 19-20), and the parties' positions at oral argument (ECF No. 27), it is hereby **ORDERED** that:

1. Defendants' Motion is **GRANTED**;

2. Judgment is **ENTERED** in favor of Defendants Coyle and Schaffer with regard to Plaintiff's false arrest under 42 U.S.C. § 1983 (Count I);

3. All claims against Cheltenham Township (Counts I-II) are **DISMISSED**;

4. Plaintiff's state law claims for intentional infliction of emotional distress and false arrest against Defendants Coyle and Schaffer (Count II) are **DISMISSED**;

5. Plaintiff's state law claim for malicious prosecution against Defendants Coyle and Schaffer (Count II) is **DISMISSED WITHOUT PREJUDICE**; and

6. The Clerk of Court shall close this case.

BY THE COURT:


*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.